No. 105, Misc. WATKINS v. SMYTH, SUPERINTENDENT, VIRGINIA PENITENTIARY. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 111, Misc. LATIMER v. RANDOLPH, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 112, Misc. WILLIAMS v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 115, Misc. ABNEY v. BANMILLER, WARDEN. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 119, Misc. McCLANAHAN v. MICHIGAN. Recorder's Court of the City of Detroit, Michigan. Certiorari denied.

No. 121, Misc. POWERS v. RHAY, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.

No. 123, Misc. HOLLIS v. TEXAS. Supreme Court of Texas. Certiorari denied.

No. 124, Misc. WILLIAMS v. NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 128, Misc. FLETCHER v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 132, Misc. MOORE v. SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY. Supreme Court of Appeals of Virginia. Certiorari denied.